1    Lewis M. Francis (Cal. Bar # 282720)
     JONES, WALDO, HOLBROOK & McDONOUGH, P.C.
2    170 South Main Street, Suite 1500
     Salt Lake City, Utah  84101
3    Telephone:  (801) 521-3200
     Facsimile: (801) 328-0537
4    lfrancis@joneswaldo.com

5
     *Attorney for Defendant Record Xpress of California, LLC*
6

7              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
8

9    _____

10   THE FILE BOX, INC.,                        :    Case No.: CV 14-2847 MEJ
                                                 :
11          Plaintiff,                           :    Judge Maria-Elena James
                                                 :
12   v.                                          :    **STIPULATION AND [PROPOSED]**
                                                 :    **ORDER FOR EXTENSION ON**
13                                               :    **MEDIATION DEADLINE, RULE**
     RECORD XPRESS OF CALIFORNIA,                :    **26(f) REPORT AND CASE**
14   LLC, AND DOES 1 THROUGH 50,                 :    **MANAGEMENT CONFERENCE**
                                                 :
15          Defendants.                          :

16

17          Counsel for plaintiff and defendant report that they have met and conferred regarding

18   their proposed mediation, the current Rule 26(f) Report deadline, and the scheduling of a Case

19   Management Conference.  Due to a delay in scheduling their mediation, the parties would like to

20   extend the dates previously agreed upon and ordered by the Court on September 11, 2014 [DE

21   17].  Consequently, the parties have reached the following stipulation, pursuant to Civil L.R. 16-

22   8 and ADR L.R. 3-5:

23

24          1.   The parties agree to engage in Private Process ADR, in the form of mediation,

25               on or before March 31, 2015:

26

27

28   1180022.1    STIPULATION & PROPOSED ORDER  – Case No. CV 14-2847 MEJ

2. The parties agree to continue the deadline for their Rule 26(f) Report from December 17, 2014 to April 7, 2015, so that they can focus their efforts on a possible resolution of the case; and

3. The parties also agree that the Court may schedule a Case Management Conference to occur sometime after the April 7, 2015 Rule 26(f) report deadline.

Dated: December 10, 2014          BUCHMAN PROVINE BROTHERS & SMITH LLP


By: */s/Connor M. Day*
       Connor M. Day
       (signed by Lewis Francis with permission from
        Connor M. Day)
       cday@bpbsllp.com

       *Attorneys for Plaintiff*


Dated: December 10, 2014          JONES WALDO HOLBROOK & McDONOUGH PC


By: */s/ Lewis M. Francis*
       Lewis M. Francis
       lfrancis@joneswaldo.com

       *Attorneys for Defendant*

1180022.1     STIPULATION & PROPOSED ORDER  – Case No. CV 14-2847 MEJ

**ORDER**

☒    The parties' stipulation is adopted and IT IS SO ORDERED.
☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:  December 15, 2014

_____
Honorable Maria-Elena James
UNITED STATES MAGISTRATE JUDGE

1180022.1    STIPULATION & PROPOSED ORDER  – Case No. CV 14-2847 MEJ