Lewis M. Francis (Cal. Bar # 282720)
JONES, WALDO, HOLBROOK & McDONOUGH, P.C.
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone: (801) 521-3200
Facsimile: (801) 328-0537
lfrancis@joneswaldo.com

Attorney for Defendant Record Xpress of California, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FILE BOX, INC., | Case No.: CV 14-2847 MEJ |
| Plaintiff, | Judge Maria-Elena James |
| v. | STIPULATION AND [PROPOSED] ORDER FOR EXTENSION ON MEDIATION DEADLINE, RULE 26(f) REPORT AND CASE MANAGEMENT CONFERENCE |
| RECORD XPRESS OF CALIFORNIA, LLC, AND DOES 1 THROUGH 50, | |
| Defendants. | |

Counsel for plaintiff and defendant report that they have met and conferred regarding their proposed mediation, the current Rule 26(f) Report deadline, and the scheduling of a Case Management Conference. Due to the parties' conflicting schedules, there has been a delay in scheduling their mediation. However, the mediation has now been scheduled to take place on April 27, 2014 before Hon. William Kolin, Ret., per the attached notice from Alternative Resolution Centers, at Exhibit "A".

Consequently, the parties would like to extend the dates previously agreed upon and ordered by the Court on December 15, 2014 [DE 20]. They have reached the following

1189156.1   STIPULATION & PROPOSED ORDER – Case No. CV 14-2847 MEJ

stipulation, pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

1. The parties agree to engage in <u>Private Process ADR</u>, in the form of mediation, on April 27, 2015;

2. The parties agree to continue the deadline for their Rule 26(f) Report from April 7, 2015 to May 15, 2015, so that they can focus their efforts on a possible resolution of the case; and

3. The parties also agree that the Court may schedule a Case Management Conference to occur sometime after the May 15, 2015 Rule 26(f) report deadline.

Dated: March 25, 2015        BUCHMAN PROVINE BROTHERS & SMITH LLP

By: <u>/s/Connor M. Day</u>
    Connor M. Day
    (signed by Lewis Francis with permission from Connor M. Day)
    cday@bpbsllp.com

*Attorneys for Plaintiff*

Dated: March 25, 2015        JONES WALDO HOLBROOK & McDONOUGH PC

By: <u>/s/ Lewis M. Francis</u>
    Lewis M. Francis
    lfrancis@joneswaldo.com

*Attorneys for Defendant*

## ORDER

☐ The parties' stipulation is adopted and IT IS SO ORDERED.
☒ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

The CMC is continued to 5/28/15.
CMC statement due 5/21/15.

Dated: March 25, 2015

_____
Honorable Maria-Elena James
UNITED STATES MAGISTRATE JUDGE

-3-
1189156.1   STIPULATION & PROPOSED ORDER – Case No. CV 14-2847 MEJ